## J. T. NICHOLSON v. THE STATE.

No. 6009.  Decided December 16, 1920.

Aggravated Assault—Statement of Facts—Motion for New Trial—Practice on Appeal.

In the absence of a statement of facts and bills of exceptions, the indictment and charge of the court being regular and in conformity with law, the judgment below must be affirmed, and the purely formal motion for new trial, claiming the verdict was contrary to the law and the evidence, presents nothing for review.

Appeal from the District Court of Smith.  Tried below before the Honorable J. R. Warren.

Appeal from a conviction of aggravated assault; penalty, a fine of $100 and thirty days confinement in the county jail.

No brief on file for appellant.

*Alvin M. Owsley,* Assistant Attorney General, for the State.

LATTIMORE, JUDGE.—Appellant was convicted in the District Court of Smith County, Texas, of the offense of aggravated assault, and his punishment fixed at a fine of $100 and thirty days confinement in the county jail.

There are neither bills of exception nor statement of facts in the record.  We have examined the charge of the court and the indictment herein, and find both to be in conformity with the law.  The motion for new trial is a purely formal one, and presents nothing except that the verdict was contrary to the law and the evidence.

Finding no error in the record, the judgment of the trial court will be affirmed.

*Affirmed.*